# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

140077

SHARON A. CHILDRESS,
        Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
        Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140077
COA: 292821
WCAC: 09-000007

On order of the Court, the application for leave to appeal the October 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

0222

_____
Clerk